**UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON GRAND JURY 2016-02
MARCH 13, 2018 SESSION**



**UNITED STATES OF AMERICA**

v.                               CRIMINAL NO. 5:18-00052
                                                           8 U.S.C. § 1326(a)

**JEYSON FRANCISCO SANCHEZ-CASTILLO**

# I N D I C T M E N T

**(Reentry of a Removed Alien)**

The Grand Jury Charges:

1. On or about October 19, 2017, defendant JEYSON FRANCISCO SANCHEZ-CASTILLO, an alien, was found at or near Carrizo Springs, Texas, was convicted on or about October 20, 2017 in the United States District Court, Western District of Texas of the misdemeanor offense of Improper Entry into the United States, in violation of 8 U.S.C. § 1325(a)(1), and was subsequently removed from the United States to Honduras on or about November 21, 2017.

2. On or about February 28, 2018, at or near Beckley, Raleigh County, West Virginia, and within the Southern District of West Virginia and elsewhere, defendant JEYSON FRANCISCO SANCHEZ-CASTILLO, an alien, was subsequently found in the United States after having been removed from the United States, and had not

obtained the express consent of the Secretary of Homeland Security to reapply for admission to the United States.

In violation of Title 8, United States Code, Section 1326(a).

                              MICHAEL B. STUART
                              United States Attorney

By: _____
     ERIK S. GOES
     Assistant United States Attorney